NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL STORZ ENDOSCOPY-AMERICA, INC.,**
*Appellant*

**v.**

**INTEGRATED MEDICAL SYSTEMS
INTERNATIONAL, INC.,**
*Appellee*

---

2015-1776

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,301.

---

**JUDGMENT**

---

MICHAEL JOSEPH KOSMA, Whitmyer IP Group LLC, Stamford, CT, argued for appellant. Also represented by WESLEY W. WHITMYER, JR., STEPHEN BALL.

DABNEY JEFFERSON CARR IV, Troutman Sanders LLP, Richmond, VA, argued for appellee. Also represented by DUSTIN B. WEEKS, PAUL E. MCGOWAN, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 3, 2016 | /s/ Daniel E. O' Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |